JOSEPH F. SIMMONS agt. NATHANIEL MCDOUGALL, imp'd with CHESTER JOHNSON.

*All* the defendants must join in a motion to change the venue, or show an excuse why they do not.   (1 *Howard's Practice Reports*, 156.)

*February Term*, 1846.

MOTION by defendant McDougall to change venue.

McDougall made the affidavit upon which the motion was made.   It was objected by plaintiff's counsel, that the other defendant, Johnson, should have joined in the motion, or showed an excuse why he did not, and *cited* 1 *Howard's Practice Reports*, 156.

> C. STEVENS, *defendant's counsel.*
> J. MCLEAN, *defendant's attorney.*
> A. K. HADLEY, *plaintiff's counsel.*
> CHURCH & LEE, *plaintiff's attorneys.*

BRONSON, Chief Justice.   Denied the motion with costs, on the grounds stated.